```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JOSEFA CASTILLO,                                                  :
                                                                  :
                           Plaintiff,                             :
                                                                  :         21-cv-7 (LJL)
              -v-                                                 :
                                                                  :         ORDER
UNITED STATES OF AMERICA,                                         :
                                                                  :
                           Defendant.                             :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/08/2021

LEWIS J. LIMAN, United States District Judge:

      In the Case Management Plan and Scheduling Order entered on April 7, 2021, all parties consented to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, under 28 U.S.C. § 636(c), and requested a referral to a Magistrate Judge for settlement discussions. Dkt. No. 20. The parties, however, did not submit and an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. The record is unclear whether the parties continue to consent to conducting all further proceedings before the United States Magistrate Judge. The Court ordered that the case be referred to Magistrate Judge Freeman for settlement discussions. Dkt. No. 21. Pending before the Court now is Defendant's motion for judgment on the pleadings. Dkt. No. 38.

      It is hereby ORDERED that the parties discuss whether they are still willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

      If both parties consent to proceed before the assigned Magistrate Judge, the parties must, by no later than **November 15, 2021**, file a letter with the Court, with an attached fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which is attached to this order.[1] If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit.

      If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties shall file a letter by no later than **November 15, 2021**, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent without negative consequences.

---

[1] The form is also available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

SO ORDERED.

Dated: November 8, 2021
       New York, New York

                                              LEWIS J. LIMAN
                                    United States District Judge

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| _Plaintiff_ | ) |
| v. | ) Civil Action No. |
| _Defendant_ | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

_Notice of a magistrate judge's availability._ A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

_Consent to a magistrate judge's authority._ The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| _Printed names of parties and attorneys_ | _Signatures of parties or attorneys_ | _Dates_ |
|---|---|---|
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
_District Judge's signature_

_____
_Printed name and title_

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.