UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSEFA CASTILLO,

                               **Plaintiff,**                      21-CV-00007 (VF)

          -against-                                               **ORDER**

UNITED STATES OF AMERICA,

                               **Defendant.**

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are ordered to file a joint letter no later than **Monday, June 27, 2022,** providing the Court an update on the status of the case, including the status of discovery and any settlement discussions.

**SO ORDERED.**

DATED:      New York, New York
                June 8, 2022

                                                           _____
                                                            VALERIE FIGUEREDO
                                                             United States Magistrate Judge