UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEFA CASTILLO,

                              Plaintiff,                        **21-CV-00007 (VF)**

                -against-                                  **ORDER**

UNITED STATES OF AMERICA,

                              Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are directed to file a joint letter no later than **Thursday, December 15, 2022,** providing the Court an update on the status of the case, including the status of discovery and any settlement discussions.

**SO ORDERED.**

DATED:       New York, New York
                   December 1, 2022

                                                          _____
                                                           VALERIE FIGUEREDO
                                                            United States Magistrate Judge