UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEFA CASTILLO,

                        Plaintiff,                  **21-CV-00007 (VF)**

       -against-                  **ORDER RESCHEDULING**
                                                         **CONFERENCE**

UNITED STATES OF AMERICA,

                        Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      The pre-trial conference in this matter is hereby rescheduled to **Monday, February 24, 2025, at 10:00 a.m.** Counsel for the parties are directed to appear in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York at the scheduled time.

      **SO ORDERED.**

DATED:     New York, New York
                October 1, 2024

                                                       _____
                                                         VALERIE FIGUEREDO
                                                         United States Magistrate Judge