

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 17, 2025

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Castillo v. United States of America*, 21 Civ. 0007 (VF)

Dear Judge Figueredo:

      This Office represents the United States of America (the "Government") in the above-referenced case. In accordance with Your Honor's Individual Rules, we write respectfully to request an adjournment of the final pre-trial conference currently scheduled for February 24, 2025, at 10:00 a.m. (ECF No. 82), to a date and time convenient for the Court as outlined below. Plaintiff consents to the requested adjournment.

      The reason for this request is that the undersigned will be out of the office and unable to attend the conference in person on February 24. The parties have conferred and are available on the below dates and times for a rescheduled final pre-trial conference:

- February 26 after 2:30 p.m.;
- February 27 from 10:00 a.m. to 1:00 p.m.; and
- February 28 from 10:00 a.m. to 5:00p.m.

      We thank you for your consideration of this request.

**MEMO ENDORSED**

*[Signature]*
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
Dated: 1/21/25

The final pre-trial conference is hereby rescheduled for **February 27, 2025 at 12 p.m.** in Courtroom 17-A. The Clerk of Court is directed to terminate the motion at ECF No. 85.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

By:   */s/ David Farber*
      TARA SCHWARTZ
      DAVID FARBER
      Assistant United States Attorneys
      Email: tara.schwartz@usdoj.gov
             david.farber@usdoj.gov
      *Attorneys for the Government*

cc: Plaintiff's Counsel (By ECF)