LINCOLN SQUARE LEGAL SERVICES, INC.

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel 212-636-6934
Fax 212-636-6923

February 24, 2025

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007

    Re:    *Castillo v. United States of America,* 21 Civ. 7 (VF)

Your Honor:

This Office represents Plaintiff Josefa Castillo in the above-referenced case. We write regarding a few matters before the upcoming trial and pre-trial conference.

As noted in the Joint Pre-Trial Order, Plaintiff, Josefa Castillo only speaks Spanish. Therefore, we have arranged for two interpreters to be in court on March 4th for Ms. Castillo's testimony. The two interpreters are Elizabeth Caruso and Nancy Puestero.

Please let us know if the Court is amenable to the following two requests:
1. The parties' request to conduct a technology walkthrough after the pre-trial conference on Thursday, February 27.
2. The Plaintiff's request to deliver her proposed exhibits and demonstrative evidence at the pre-trial conference, and to have them stored at the court until the trial begins.

Thank you for your consideration of these matters.

Sincerely,

*Elizabeth Maresca*
Elizabeth Maresca
*Supervising Attorney*
Attorneys for Plaintiff Josefa Castillo

cc: Defendant's counsel (via ECF)