

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 21, 2025

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

     Re:     *Castillo v. United States of America*, 21 Civ. 0007 (VF)

Dear Judge Figueredo:

     This Office represents the United States of America (the "Government") in the above-referenced case. We write, respectfully, on behalf of both parties to this action, to notify the Court that the parties have reached an agreement regarding costs and fees in this matter.  Both parties have agreed that the Plaintiff shall be entitled to $1,000 in statutory damages; each party will pay its own costs and fees and waive the right to seek costs and fees; and Plaintiff will waive her right to appeal the Court's opinion and judgment.

     Accordingly, the parties respectfully request that the Court direct the Clerk to enter Final Judgment for Plaintiff in the amount of $1,000 and close this case.  The parties are also submitting a stipulation and proposed order reflecting their agreement herewith.

     We thank you for your consideration of this request.

                    Respectfully submitted,

                    MATTHEW PODOLSKY
                    Acting United States Attorney for the
                    Southern District of New York

     By:    */s/ Tara Schwartz*
                    TARA SCHWARTZ
                    DAVID FARBER
                    Assistant United States Attorneys
                    Email: tara.schwartz@usdoj.gov
                           david.farber@usdoj.gov
                    *Attorneys for the Government*

cc:  Plaintiff's Counsel (By ECF)