UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEFA CASTILLO,

               Plaintiff,

    v.

UNITED STATES OF AMERICA,

               Defendant.

No. 21 Civ. 0007 (VF)

**ORDER OF JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.    Plaintiff Josefa Castillo shall have judgment against defendant the United States in the amount of $1,000 in statutory damages pursuant to 26 U.S.C. § 7431(c)(1)(A). Neither party is awarded costs and/or fees (including attorney's fees).

SO ORDERED:

_____
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
Dated: March 24, 2025